# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE DEAN HOUREL,<br><br>    Plaintiff,<br><br>    v.<br><br>SALAS, et al.,<br><br>    Defendants. | 1:12-cv-01534-BAM (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND FOR FAILURE TO OBEY A COURT ORDER |

Plaintiff Eddie Dean Hourel ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on September 7, 2012, and the matter was transferred to this Court on September 17, 2012. Plaintiff consented to the jurisdiction of the Magistrate Judge.

On October 17, 2013, the Court dismissed the complaint, with leave to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed for failure to obey a court order and for failure to state a claim.

The deadline for Plaintiff to file his amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED based on Plaintiff's failure to state any claims upon which relief may be granted and for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **December 2, 2013**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE